# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                     Case No.: 1:05−cr−00472
                                                     Honorable Sara L. Ellis

Phillip King, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: as to Phillip King (15). The Court grants King's unopposed motion for extension of time to file reply brief [885]. The Court orders King to supplement his motion by 11/10/2020 with information about his record while in prison, including documentation of any programs or courses he has taken. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.